**Charles A. ALDRICH, Appellant,**

v.

**Laura L. NELSON; Department of Human Services; Office of Child Support and Collections, Appellees.**

No. 03–2502.

United States Court of Appeals,
Eighth Circuit.

Submitted Nov. 4, 2003.

Decided Dec. 10, 2003.

Charles A. Aldrich, pro se, Burnsville, MN, for Plaintiff–Appellant.

Laura L. Nelson, pro se, New Prague, MN, Darwin J. Lookingbill, Thomas E. Ring, Ramsey County Attorney's Office, St. Paul, MN, for Defendants–Appellees.

Before RILEY, McMILLIAN, and SMITH, Circuit Judges.

[UNPUBLISHED]

PER CURIAM.

Charles A. Aldrich appeals from the district court's[1] dismissal of his civil action arising out of Aldrich's child-support obligations, and the court's imposition of Federal Rule of Civil Procedure 11 sanctions.

Upon de novo review, we affirm the district court's dismissal for lack of subject matter jurisdiction for the reasons that the district court explained, *see Lemonds v. St. Louis County*, 222 F.3d 488, 492–93 (8th Cir.2000), *cert. denied*, 531 U.S. 1183, 121 S.Ct. 1168, 148 L.Ed.2d 1026 (2001), and we find no abuse of discretion in the imposition of Rule 11 sanctions given the frivolousness of this lawsuit.

Accordingly, we affirm the judgment of the district court. *See* 8th Cir. R. 47B.

---

1. The Honorable Paul A. Magnuson, United States District Court Judge for the District of Minnesota.